UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| EPCO CARBONDIOXIDE PRODUCTS | CIVIL ACTION NO. 07-1436 |
| VERSUS | JUDGE JAMES |
| REGIONS BANK | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Regions Bank filed a Motion to Stay Pending Arbitration (Doc. 2) that was originally opposed by EPCO. Counsel for EPCO has now contacted the court and advised that EPCO wishes to withdraw its previous opposition. Accordingly, the motion to stay is granted. This civil action is stayed in accordance with 9 U.S.C. § 3, and this case is administratively closed. Either party may move to reopen the case should there be grounds to do so. EPCO's Motion to Fix Venue for Arbitration (Doc. 14) is denied as moot.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 20th day of March, 2008.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE